## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**TALRIS T. BROWN,**

     **Plaintiff,**

**v.**                                **CASE NO.  5:13-cv-366-RS-GRJ**

**GARY MCGEE, et al.,**

     **Defendants.**

_____/

## ORDER

Before me is the January 14, 2015, Magistrate Judge's Report and Recommendation (Doc. 5). To date, no objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The claims against Defendant Godwin are **DISMISSED without prejudice** for failure to timely serve Defendant Godwin pursuant to Fed. R. Civ. P. 4(m).

**ORDERED** on February 19, 2015.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**