IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TALRIS T. BROWN,**

    **Plaintiff,**

v.                                                        **CASE NO. 5:13-cv-366-RS-GRJ**

**OFFICER GARY MCGEE, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the April 9, 2015, Magistrate Judge's Report and Recommendation (Doc. 63). To date, no objections have been filed. Accordingly, I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 63) is approved and incorporated in this Order.

2. The relief requested in Defendants' motions to dismiss (Docs. 45, 49, 57) is **GRANTED**.

3. This case is **DISMISSED without prejudice** for failure to exhaust administrative remedies before filing suit and because it is barred by *Heck*.

4. The Clerk is directed to close this case.

**ORDERED** on May 12, 2015.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**